IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD DARRELL BALLARD, | |
| PLAINTIFF, | No. 3:10-CV-1456 |
| v. | (JUDGE CAPUTO) |
| CO 1 WILLIAMS, et al, | (MAGISTRATE JUDGE CARLSON) |
| DEFENDANTS. | |

## ORDER

**NOW** this 25th day of June, 2012, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 92) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 92) is **ADOPTED.**

(2) Plaintiff's Motion to Stay (Doc. 77) and the Defendants' Motion for Sanctions of Dismissal (Doc. 78) are **DENIED**.

(3) This matter is **RECOMMITTED** to Magistrate Judge Carlson for a determination of whether other, lesser sanctions are appropriate here.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge