# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TODD DARRELL BALLARD,

    PLAINTIFF,

      v.

CO 1 WILLIAMS, et al,

    DEFENDANTS.

No. 3:10-CV-1456

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

NOW this 25ᵗʰ day of June, 2012, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 92) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 92) is **ADOPTED.**

(2)    Plaintiff's Motion to Stay (Doc. 77) and the Defendants' Motion for Sanctions of Dismissal (Doc. 78) are **DENIED**.

(3)    This matter is **RECOMMITTED** to Magistrate Judge Carlson for a determination of whether other, lesser sanctions are appropriate here.

A. Richard Caputo
United States District Judge